CASE NO.: 25-11166

## UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

MARION PARNELL,
**Plaintiff-Appellant**,

V.

FLORIDA DEPARTMENT OF CORRECTIONS,
**Defendant-Appellee.**

On Appeal from the United States District
Court for the Southern District of Florida
Case No. 23-24008

## APPELLANT'S RESPONSE AND OBJECTION TO APPELLEE'S AMENDED FEE AFFIDAVIT

s/Ovide Val
Ovide Val
Law Office of Attorney Ovide Val
2210 NW 4th Ter
Miami, FL 33125-3325
Office: (786) 277-9009
Cell: (786) 633-5917
Email: ovidelaw@yahoo.com
Independent Counsel for Appellant Marion
Parnell, Jr.

**Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1 and the Eleventh Circuit Rules, undersigned independent counsel identifies the following known interested persons and entities:

• Florida Department of Corrections - Defendant-Appellee

• Guttman-Valdes, Teri, Esq. - Trial counsel for Plaintiff-Appellant

• Leininger, Carri S., Esq. - Appellate counsel for Defendant-Appellee

• Moreno, Federico A. - United States District Judge

• Neree, Dufirstson J., Esq. - Appellate counsel for Plaintiff-Appellant

• Parnell, Marion, Jr. - Plaintiff-Appellant

• Williams, James O., Jr., Esq. - Counsel for Defendant-Appellee

• Ovide Val - Independent Plaintiff-Appellant

The Florida Department of Corrections is a state agency and is not publicly traded. Independent counsel must update this certificate before filing.

The Court awarded Appellee attorney's fees only "for the time spent preparing the motion to strike and for sanctions." Doc. 41-1 at 6 (emphasis added). Appellant respectfully accepts the Court's entitlement ruling and contests only the authorized scope and reasonable amount. Appellee requests $6,874 for 46.2 hours, but Exhibit 1 includes opposition/reply work, supplemental proceedings months later, collateral bar-ethics research, repetitive review, block-billed activity, and clerical filing tasks.

The strongest record-based disposition is to exclude all work after the original motion was prepared and filed, disallow clerical filing time, and exercise billing judgment as to the remaining duplicative and collateral entries. The attached 58-entry audit supports an entry-specific award of $3,060. In the alternative, an across-the-board 25% reduction to the scope-limited $4,470 base would yield $3,352.50. At an absolute minimum, the award should not exceed $4,470. These are alternative methods and should not be combined.

### I. The Court's Text Limits Recovery to Preparing the Original Motion

The July 10 opinion did not award all fees caused by the sanctions controversy or all fees incurred through final disposition. It used activity-specific language: "the time spent preparing the motion to strike and for sanctions." Doc. 41-1 at 6. FDC's original motion similarly asked for fees and costs "incurred in preparing this Motion." Doc. 28 at 20. That text excludes work reviewing Appellant's opposition,

drafting FDC's reply, analyzing the March 11 order, reviewing the April supplemental response, and considering further responses.

The September filing sequence does not broaden the award. FDC filed the substantive motion on September 12, 2025. Doc. 28. On September 25, the clerk advised that counsel had failed to select a second ECF relief and instructed counsel to "refile the exact motion." Doc. 32. FDC filed the operative duplicate as Document 33. Reasonable ministerial time needed to correct that event may be allowed, but the deficiency does not transform later substantive reply or supplemental work into preparation of the original motion.

### II. Sixteen and One-Tenth Hours, Totaling $2,383, Postdate the Original Motion and Fall Outside the Award

Exhibit 1 contains 16.1 hours and $2,383 after September 12. The entries concern reviewing Appellant's opposition, checking the opposition's authorities, drafting and revising FDC's reply, reviewing the March 11 order, analyzing Appellant's April supplemental filings, and evaluating whether additional responses were warranted. See Doc. 45, Ex. 1 at 10-11; Ex. A, entries 40-58. None is time spent preparing the motion already filed on September 12.

Excluding those entries reduces the request from 46.2 hours and $6,874 to 30.1 hours and $4,491. The Court should then exclude 0.3 paralegal hour, $21, for finalizing, filing, and transmitting the September 12 motion, leaving a scope-limited ceiling of 29.8 attorney hours and $4,470.

### III. The Remaining Hours Require Billing Judgment

#### A. Collateral ethics and reporting work

Several entries concern correspondence with the Florida Bar, reporting professional misconduct, ethics opinions, a referee report, an ethics expert, and whether to report opposing counsel. Those activities may have informed FDC's broader strategy, but they are not all reasonably necessary to prepare the appellate motion. Mixed entries are block billed and should be reduced to the separable motion-related portion. Ex. A, entries 5, 8-9, 12-15, 18, and related entries.

#### B. Repeated and overlapping review

The associate repeatedly performed "in-depth" or "detailed" reviews of the same reply brief, authorities, quotations, and alleged factual misstatements. Lead counsel then conducted overlapping review and ethics research. Supervisory review is compensable, but cumulative review by two attorneys is not automatically reasonable. The entry-specific audit allows substantial preparation time while reducing repeated review.

#### C. Block billing, vagueness, and client-strategy communications

Several entries combine research, client conferences, approval, record review, ethics analysis, and drafting without allocating time. Others use descriptions such as "continue," "in-depth," or "lengthy" without identifying a discrete product. The lack of segregation prevents Appellant and the Court from determining which

portion was necessary to prepare the motion. A reasonable reduction is therefore required.

### D. Clerical work

The 0.3 hour on September 12 for finalizing, filing, and transmitting the motion is clerical or administrative. The task description does not identify substantive paralegal analysis. It should be excluded as overhead.

### E. Billing judgment

The affidavit presents all recorded time and does not identify voluntary reductions for duplication, clerical activity, collateral reporting work, or repeated review. The modest hourly rates do not eliminate the duty to exclude hours that were excessive, redundant, or otherwise unnecessary. See *Hensley v. Eckerhart*, 461 U.S. 424, 433-34 (1983).

## IV. Proposed Lodestar Alternatives

The affidavit's arithmetic is correct: Carri S. Leininger, 10.7 hours at $150 ($1,605); Abigail M. Laflamme, 34.8 hours at $150 ($5,220); and Kara Ertle, 0.7 hour at $70 ($49), totaling $6,874. The issue is compensability, not multiplication.

| Method | Hours | Amount | Explanation |
|---|---|---|---|
| Requested | 46.2 | $6,874.00 | All entries. |
| Scope-only ceiling | 29.8 | $4,470.00 | Excludes post-filing work and 0.3 clerical hour. |
| Alternative gross reduction | 22.35 | $3,352.50 | 25% reduction to the $4,470 scope-limited base. |
| Entry-specific request | 20.4 | $3,060.00 | Allows time entry by entry; no additional gross reduction. |

*Bivins v. Wrap It Up, Inc.*, 548 F.3d 1348, 1350-52 (11th Cir. 2008), permits either an hour-by-hour analysis or an across-the-board cut, but not both in a manner that double discounts hours. Appellant therefore presents the $3,060 entry-specific figure as the primary request and $3,352.50 as a separate alternative. If the Court declines either reasonableness reduction, $4,470 remains the maximum supported by the narrow scope of the award.

### V. Rates and Fee-Application Work

The requested attorney and paralegal rates are modest. Appellant does not ask the Court to decide the dispute principally through a rate reduction. The affidavit relies primarily on counsel's own experience and opinions rather than independent market evidence, but the more reliable and material objections concern scope and hours.

Exhibit 1 does not identify time preparing the July 2026 fee affidavit itself. Thus, a "fees on fees" issue is not presently quantified. Any later request should require separate records and should be tested against the Court's exact authorization.

### Conclusion

Appellant respectfully requests an award of no more than $3,060 under the entry-specific audit. Alternatively, the Court should award $3,352.50 using a single across-the-board reduction to the scope-limited base. In no event should the award exceed $4,470.

**Respectfully submitted** this 3rd day of August, 2026.

s/ Ovide Val
Ovide Val
Law Office of Attorney Ovide Val
2210 NW 4th Ter
Miami, FL 33125-3325
Office: (786) 277-9009
Cell: (786) 633-5917
Email: ovidelaw@yahoo.com
Independent Counsel for Appellant Marion
Parnell, Jr

## Certificate of Type Size and Font

This document complies with the applicable type-volume limitation because it contains approximately 942 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). It uses a 14-point proportionally spaced serif typeface. Independent counsel must verify the final count generated by the filing version.

## Certificate of Service

I certify that on August 3,  2026, the foregoing was filed through the Court's CM/ECF system, which will serve all registered counsel and parties. Independent counsel must verify the service list and filing date before filing.

s/ Ovide Val
Ovide Val
Law Office of Attorney Ovide Val
2210 NW 4th Ter
Miami, FL 33125-3325
Office: (786) 277-9009
Cell: (786) 633-5917
Email: ovidelaw@yahoo.com
Independent Counsel for Appellant Marion
Parnell, Jr

# EXHIBIT A
## ENTRY-BY-ENTRY AUDIT OF DOCUMENT 45, EXHIBIT 1
*Marion Parnell, Jr. v. Florida Department of Corrections, No. 25-11166 (11th Cir.)*

**Source.** The date, description, timekeeper, hours, rate, and billed amount for each entry are transcribed from Document 45, Exhibit 1, pages 8-11. The arithmetic has been independently recomputed.
**Scope applied.** The Court awarded FDC attorney's fees only "for the time spent preparing the motion to strike and for sanctions." Doc. 41-1 at 6. FDC first filed the substantive motion on September 12, 2025 (Doc. 28). The Clerk later directed FDC to refile the exact motion using the correct ECF relief selections (Doc. 32), and FDC refiled it as Document 33.
**Method.** This exhibit applies an entry-by-entry method only. It excludes post-filing reply and supplemental-proceeding work, excludes clerical filing/transmittal work, and reduces identified duplication, block-billed collateral ethics/reporting work, cumulative source review, and overlapping supervision. The proposed hours are Appellant's positions, not findings by the Court.

## SUMMARY OF VERIFIED CALCULATIONS

| Calculation | Hours | Amount | Reduction | Basis |
|---|---|---|---|---|
| **FDC requested total** | 46.2 | $6,874.00 | $0.00 | All 58 entries in Doc. 45, Ex. 1. |
| **Post-filing work identified** | 16.1 | $2,383.00 | $2,383.00 | Entries after the September 12 filing concerning FDC's reply and later supplemental proceedings. |
| **Clerical filing/transmittal work** | 0.3 | $21.00 | $21.00 | September 12 paralegal entries for filing and transmitting the completed motion. |
| **Preparation-only ceiling** | 29.8 | $4,470.00 | $2,404.00 | Requested total less post-filing and clerical work; before reductions for duplication or excess. |
| **Additional entry-specific reductions** | 9.4 | $1,410.00 | $1,410.00 | Duplicative review, collateral ethics/reporting research, block billing, cumulative research, and overlapping supervision. |
| **Appellant's entry-specific proposed award** | **20.4** | **$3,060.00** | **$3,814.00** | **Entry-specific method only; no additional percentage reduction is applied.** |

## DETAILED ENTRY-BY-ENTRY AUDIT

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| **1** | Doc. 45 p. 8 08/25/2025 Laflamme | Begin in-depth review and analysis of Plaintiff's Reply Brief filed in 11th Circuit, including detailed notetaking on fake case citations and misrepresentations to court. | 2.9 h $150/h $435.00 | Yes Yes | Reduce for cumulative review. The same reply brief, citations, quotations, and alleged misrepresentations were reviewed again on 8/26, 9/2, and 9/5. Allow 2.0 hours. | **2.0 h $300.00** |

USCA11 Case: 25-11166    Document: 50    Date Filed: 08/03/2026    Page: 11 of 19

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| 2 | Doc. 45 p. 8<br>08/25/2025<br>Laflamme | Begin researching appellate procedural avenues for raising issues in Reply Brief; use of AI/fake case citations. | 0.4 h<br>$150/h<br>$60.00 | Yes<br>Yes | Allow as billed. This is limited appellate-procedure research directly related to the contemplated motion. | 0.4 h<br>$60.00 |
| 3 | Doc. 45 p. 8<br>08/26/2025<br>Laflamme | Continued in-depth review and analysis of Plaintiff's Reply Brief filed in 11th Circuit, including detailed notetaking on fake case citations and misrepresentations to court. | 1.1 h<br>$150/h<br>$165.00 | Yes<br>Yes | Reduce as duplicative of the 8/25 review and later corrected-reply reviews. Allow 0.5 hour. | 0.5 h<br>$75.00 |
| 4 | Doc. 45 p. 8<br>08/26/2025<br>Laflamme | Draft lengthy correspondence to Meredith Hough regarding fake case law citations in Reply Brief. | 0.2 h<br>$150/h<br>$30.00 | Yes<br>Partly | Reduce. Internal/client correspondence is ancillary to substantive motion preparation. Allow 0.1 hour. | 0.1 h<br>$15.00 |
| 5 | Doc. 45 p. 8<br>08/26/2025<br>Laflamme | Research procedure/grounds for striking brief and/or imposing sanctions in appellate court for fake case law citations generated by AI, including review of federal and local appellate rules, rules of conduct, federal case law, and Florida Bar guidance, in preparation for drafting potential Motion for Sanctions/to Strike. | 1.8 h<br>$150/h<br>$270.00 | Yes<br>Partly | Reduce. The entry block-bills motion research with rules of conduct and Florida Bar guidance collateral to preparing the appellate motion. Allow 1.0 hour for the separable sanctions/strike research. | 1.0 h<br>$150.00 |
| 6 | Doc. 45 p. 8<br>08/29/2025<br>Laflamme | Continue researching procedure/grounds for imposing sanctions in appellate court for fake case law citations generated by AI, in preparation for conference with client and drafting potential Motion for Sanctions. | 1.1 h<br>$150/h<br>$165.00 | Yes<br>Partly | Reduce. The entry combines sanctions research with preparation for a client conference and overlaps earlier research. Allow 0.5 hour. | 0.5 h<br>$75.00 |
| 7 | Doc. 45 p. 8<br>09/02/2025<br>Laflamme | Begin in-depth review and analysis of Plaintiff's Corrected Reply Brief, including detailed notetaking on fake case citations, erroneous case law quotes, and factual misrepresentations to court, in prep for drafting potential Motion for Sanctions/to Strike. | 1.4 h<br>$150/h<br>$210.00 | Yes<br>Yes | Reduce modestly for overlap with prior and later detailed reviews of the same reply. Allow 1.2 hours. | 1.2 h<br>$180.00 |
| 8 | Doc. 45 p. 8<br>09/02/2025<br>Laflamme | Review lengthy correspondence from Florida Bar regarding resources for reporting professional misconduct involving use of AI/erroneous case citations. | 0.2 h<br>$150/h<br>$30.00 | Yes<br>Partly | Exclude. Resources for reporting professional misconduct to the Florida Bar are collateral to preparing the motion to strike and for sanctions. | 0.0 h<br>$0.00 |

USCA11 Case: 25-11166    Document: 50    Date Filed: 08/03/2026    Page: 12 of 19

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| 9 | Doc. 45 p. 8 09/02/2025 Laflamme | In-depth review and analysis of materials sent by Florida Bar Ethics Committee, including rules of professional responsibility, ethics opinions, and various case law regarding use of AI in legal briefs and attorney obligation to report same, in prep for drafting Motion for Sanctions/to Strike. | 0.8 h $150/h $120.00 | Yes Partly | Reduce. The entry is principally Florida Bar ethics/reporting research and is block-billed with motion preparation. Allow 0.2 hour for any inseparable motion-related component. | 0.2 h $30.00 |
| 10 | Doc. 45 p. 8 09/02/2025 Laflamme | Review recent court decisions on use of AI/fake case citations in court filings, and governing rules for motions for sanctions in preparation of conference with client to discuss same. | 0.5 h $150/h $75.00 | Yes Partly | Reduce. The entry combines sanctions research with preparation for a client conference and overlaps other research entries. Allow 0.3 hour. | 0.3 h $45.00 |
| 11 | Doc. 45 p. 8 09/02/2025 Leininger | Continued analysis of Appellant's Reply brief and improper citations to non-existence cases and improper quotes. | 0.9 h $150/h $135.00 | Yes Yes | Reduce for supervisory duplication of the associate's repeated review of the same brief and authorities. Allow 0.4 hour. | 0.4 h $60.00 |
| 12 | Doc. 45 p. 9 09/03/2025 Leininger | Continued review and analysis of Florida Bar Ethics Rules to determine whether citation to fake cases constitutes misconduct and whether to file a motion to strike portions of Reply Brief, including contacting Ethics expert. | 2.3 h $150/h $345.00 | Yes Partly | Reduce. The entry centers on Florida Bar ethics rules and an ethics expert, matters collateral to preparing the motion, and overlaps associate research. Allow 0.8 hour for any separable sanctions-law analysis. | 0.8 h $120.00 |
| 13 | Doc. 45 p. 9 09/04/2025 Laflamme | Telephone conference with Florida Bar Ethics Committee regarding misrepresentation of law when presenting fake case citations, as part of investigation into opposing counsel's misconduct and in prep for filing Motion to Strike/Sanctions. | 0.2 h $150/h $30.00 | Yes Partly | Exclude. A conference with the Florida Bar Ethics Committee concerning opposing counsel's professional misconduct is collateral to preparing the motion. | 0.0 h $0.00 |
| 14 | Doc. 45 p. 9 09/04/2025 Laflamme | Review email correspondence from Florida Bar providing case citation on disciplinary action for presenting fake case law citations, as part of investigation into opposing counsel's misconduct and in prep for filing Motion to Strike/Sanctions. | 0.1 h $150/h $15.00 | Yes Partly | Exclude. Review of Florida Bar disciplinary authority is collateral to preparing the motion. | 0.0 h $0.00 |

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| 15 | Doc. 45 p. 9 09/04/2025 Leininger | Review and analysis of Florida Bar's response re ethics violations including review of Referee's Report in Neusomm case involving use of fake citations. | 0.7 h $150/h $105.00 | Yes Partly | Reduce. The Florida Bar response and referee report concern collateral disciplinary issues and duplicate other ethics research. Allow 0.2 hour for any inseparable motion-related component. | 0.2 h $30.00 |
| 16 | Doc. 45 p. 9 09/05/2025 Laflamme | Continued in-depth review and analysis of Plaintiff's corrected Reply Brief, noting misrepresentations and fake case citations, in preparation for conference with client to discuss filing Motion for Sanctions/to Strike and addressing Plaintiff's misrepresentations. | 2.2 h $150/h $330.00 | Yes Partly | Reduce for repeated review of the corrected reply and for the client-conference component. Allow 1.0 hour. | 1.0 h $150.00 |
| 17 | Doc. 45 p. 9 09/05/2025 Laflamme | Draft correspondence to Meredith Hough providing table summarizing misrepresentations and erroneous case citations in Plaintiff's corrected Reply Brief, in preparation for upcoming telephone conference to discuss strategy for addressing same. | 0.1 h $150/h $15.00 | Yes Partly | Allow as billed. The table summarizing challenged citations could reasonably assist preparation of the motion and its exhibit. | 0.1 h $15.00 |
| 18 | Doc. 45 p. 9 09/05/2025 Leininger | Receipt and review of Response from Florida Bar to our inquiry regarding fake citations. | 0.1 h $150/h $15.00 | Yes Partly | Exclude. Receipt and review of the Florida Bar response is collateral to preparing the motion. | 0.0 h $0.00 |
| 19 | Doc. 45 p. 9 09/05/2025 Laflamme | Continued detailed review of case law cited by Plaintiff to determine accuracy of citations/propositions and quotes cited, in preparation for drafting Motion to Strike. | 0.6 h $150/h $90.00 | Yes Yes | Allow as billed. This entry directly concerns source-checking authorities challenged in the motion. | 0.6 h $90.00 |
| 20 | Doc. 45 p. 9 09/05/2025 Leininger | Begin prep of Motion to strike Reply Brief/outlining arguments. | 0.8 h $150/h $120.00 | Yes Yes | Allow as billed. This entry directly concerns outlining and preparing the motion. | 0.8 h $120.00 |
| 21 | Doc. 45 p. 9 09/09/2025 Laflamme | Review Plaintiff's record citations regarding protected activities and comparator issues, to determine accuracy, in preparation for continued drafting Motion to Strike/Sanctions, citing Plaintiff's misrepresentations of the record on appeal. | 0.3 h $150/h $45.00 | Yes Yes | Allow as billed. This entry directly concerns checking record citations challenged in the motion. | 0.3 h $45.00 |

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| 22 | Doc. 45 p. 9 09/09/2025 Laflamme | Draft/prepare exhibit to Motion to Strike/Sanctions, detailing specific misrepresentations of facts and case law, and fake case law cited in Plaintiff's Reply Brief, to support Motion to Strike. | 1.4 h $150/h $210.00 | Yes Yes | Allow as billed. This entry directly concerns preparation of the motion's supporting exhibit. | 1.4 h $210.00 |
| 23 | Doc. 45 p. 9 09/09/2025 Laflamme | Brief review of 11th Circuit rules governing Motions in appellate court. | 0.2 h $150/h $30.00 | Yes Yes | Allow as billed. This brief review of governing Eleventh Circuit motion rules directly concerns preparation. | 0.2 h $30.00 |
| 24 | Doc. 45 p. 9 09/09/2025 Laflamme | Research 11th Circuit case law on grounds for Motion to Strike appellate brief and procedural mechanism for same, in preparation of drafting Motion to Strike Reply Brief. | 0.8 h $150/h $120.00 | Yes Yes | Reduce modestly because appellate-procedure research overlaps the 8/25 and 9/2 research entries. Allow 0.6 hour. | 0.6 h $90.00 |
| 25 | Doc. 45 p. 9 09/09/2025 Laflamme | Review correspondence from Meredith Hough regarding approval to file Motion to Strike/Sanctions. | 0.1 h $150/h $15.00 | Yes Partly | Allow as billed. This minimal approval communication is reasonably incident to filing the motion. | 0.1 h $15.00 |
| 26 | Doc. 45 p. 9 09/09/2025 Laflamme | Begin drafting Motion to Strike Reply Brief/Motion for Sanctions (6.5 pg). | 2.3 h $150/h $345.00 | Yes Yes | Allow as billed. This entry directly concerns drafting the motion. | 2.3 h $345.00 |
| 27 | Doc. 45 p. 9 09/09/2025 Laflamme | Continue drafting Motion to Strike/Sanctions (7 pg). | 2.6 h $150/h $390.00 | Yes Yes | Allow as billed. This entry directly concerns drafting the motion. | 2.6 h $390.00 |
| 28 | Doc. 45 p. 10 09/10/2025 Laflamme | Continued detailed review and analysis of case law cited by Plaintiff in Reply Brief, to determine erroneous quotations and propositions cited, in preparation for continued drafting of Motion to Strike/Sanctions. | 1.5 h $150/h $225.00 | Yes Yes | Reduce for repeated source-checking of authorities already reviewed in several earlier entries. Allow 1.0 hour. | 1.0 h $150.00 |
| 29 | Doc. 45 p. 10 09/10/2025 Laflamme | Draft correspondence to Meredith Hough regarding approval from general counsel to proceed with filing Motion to Strike/Sanctions and providing draft of same for review. | 0.1 h $150/h $15.00 | Yes Partly | Allow as billed. This minimal communication transmitted the draft for necessary client review and approval. | 0.1 h $15.00 |
| 30 | Doc. 45 p. 10 09/10/2025 Laflamme | Review correspondence from Meredith Hough regarding revisions to Motion to Strike/Sanctions. | 0.1 h $150/h $15.00 | Yes Partly | Allow as billed. This minimal entry concerns review of requested revisions to the motion. | 0.1 h $15.00 |
| 31 | Doc. 45 p. 10 09/10/2025 Laflamme | Extensive revisions to and continued drafting of Motion to Strike/Sanctions. | 1.3 h $150/h $195.00 | Yes Yes | Reduce modestly for overlap with the 4.9 hours of drafting on 9/9 and later lead-counsel revisions. Allow 1.0 hour. | 1.0 h $150.00 |

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| 32 | Doc. 45 p. 10 09/11/2025 Leininger | Make revisions to revised Motion to Strike. | 0.5 h $150/h $75.00 | Yes Yes | Reduce modestly for supervisory overlap with associate drafting and revisions. Allow 0.4 hour. | 0.4 h $60.00 |
| 33 | Doc. 45 p. 10 09/11/2025 Laflamme | Review edits from client on Motion to Strike/Sanctions. | 0.1 h $150/h $15.00 | Yes Yes | Allow as billed. This minimal entry concerns review of client edits to the motion. | 0.1 h $15.00 |
| 34 | Doc. 45 p. 10 09/11/2025 Laflamme | Review and respond to correspondence from Meredith Hough regarding final revisions to Motion to Strike/Sanctions. | 0.1 h $150/h $15.00 | Yes Partly | Allow as billed. This minimal entry concerns final revisions to the motion. | 0.1 h $15.00 |
| 35 | Doc. 45 p. 10 09/12/2025 Ertle | Finalize and file Motion to Strike and for Sanctions. | 0.2 h $70/h $14.00 | No - same date Partly | Exclude. Finalizing and electronically filing a completed motion is clerical/administrative work, not compensable legal preparation. | 0.0 h $0.00 |
| 36 | Doc. 45 p. 10 09/12/2025 Ertle | Draft email to Meredith Hough regarding Final version of Motion to Strike and for Sanctions. | 0.1 h $70/h $7.00 | No - same date Partly | Exclude. Transmitting the final filed motion by email is clerical/administrative work. | 0.0 h $0.00 |
| 37 | Doc. 45 p. 10 09/24/2025 Leininger | Initial review and analysis of Appellants Response to our Motion to Strike and for Sanctions | 0.5 h $150/h $75.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | 0.0 h $0.00 |
| 38 | Doc. 45 p. 10 09/24/2025 Laflamme | Begin in-depth review and analysis of Plaintiff's Response in Opposition to Motion to Strike/Sanctions, in preparation for drafting Reply to same. | 0.5 h $150/h $75.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | 0.0 h $0.00 |
| 39 | Doc. 45 p. 10 09/24/2025 Laflamme | Review federal appellate rules of procedure governing replies in support of appellate motions and rule for seeking appellate damages and costs cited by Plaintiff in his Response to Motion, in preparation for drafting Reply to Plaintiff's Response in Opposition to our Motion to Strike/Sanctions. | 0.3 h $150/h $45.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | 0.0 h $0.00 |

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| **40** | Doc. 45 p. 10 09/24/2025 Leininger | Prep outline of reply to Plaintiff's Response to DOC's Motion to Strike Fake citations and Fake quotes. | 0.8 h $150/h $120.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h $0.00** |
| **41** | Doc. 45 p. 10 09/24/2025 Laflamme | Continue in-depth review and analysis of Plaintiff's Response in Opposition to Motion to Strike/Sanctions, including detailed notetaking on arguments and improperly raised issues, in preparation for drafting Reply to same. | 1.2 h $150/h $180.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h $0.00** |
| **42** | Doc. 45 p. 10 09/24/2025 Laflamme | Detailed review and analysis of numerous case law cited by Plaintiff in Response in Opposition to Motion to Strike/for Sanctions, determining accuracy of citations, in preparation for drafting Reply to same. (extensive review given history of fake case law citations) | 2.6 h $150/h $390.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h $0.00** |
| **43** | Doc. 45 p. 10 09/24/2025 Laflamme | Begin preparation of Reply to Plaintiff's Response in Opposition to our Motion to Strike/for Sanctions. | 0.8 h $150/h $120.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h $0.00** |
| **44** | Doc. 45 p. 10 09/25/2025 Leininger | Continued prep of Reply Memo of Law in support of motion to strike. | 1.5 h $150/h $225.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h $0.00** |
| **45** | Doc. 45 p. 11 09/25/2025 Laflamme | Review and respond to correspondence from Meredith Hough regarding strategy and arguments for filing appellate Reply to Plaintiff's Opposition to Motion to Strike, and approval for same. | 0.2 h $150/h $30.00 | No - after filing No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h $0.00** |

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| 46 | Doc. 45 p. 11<br>09/25/2025<br>Laflamme | Continued drafting Reply to Plaintiff's Opposition to Motion to Strike/for Sanctions (8 pg). | 2.5 h<br>$150/h<br>$375.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h**<br>**$0.00** |
| 47 | Doc. 45 p. 11<br>09/25/2025<br>Laflamme | Detailed revisions/edits to Reply to Plaintiff's Opposition to Motion to Strike/for Sanctions. | 0.3 h<br>$150/h<br>$45.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h**<br>**$0.00** |
| 48 | Doc. 45 p. 11<br>09/29/2025<br>Leininger | Make final revisions and arguments in reply Memo of Law. | 0.5 h<br>$150/h<br>$75.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h**<br>**$0.00** |
| 49 | Doc. 45 p. 11<br>09/29/2025<br>Ertle | Finalize and file Reply to Response to Motion to Strike Brief and for Sanctions. | 0.2 h<br>$70/h<br>$14.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns review of Appellant's opposition or preparation, revision, or filing of FDC's reply after the original motion was filed, not preparation of the motion itself. | **0.0 h**<br>**$0.00** |
| 50 | Doc. 45 p. 11<br>03/11/2026<br>Ertle | Receipt and review of Order from the Appellate Court discussing our Motion for Sanctions and Parnell's non-existent Citations as well as Ordering him to file an additional brief. | 0.2 h<br>$70/h<br>$14.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | **0.0 h**<br>**$0.00** |
| 51 | Doc. 45 p. 11<br>03/11/2026<br>Laflamme | Detailed review of court's Order addressing case citation issues raised in our Motion to Strike and ordering Appellant to submit additional briefing. | 0.1 h<br>$150/h<br>$15.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | **0.0 h**<br>**$0.00** |

| No. | Source / Date / Timekeeper | Task Description (Doc. 45, Ex. 1) | Billed | Predates? / Direct? | Objection and Proposed Treatment | Proposed |
|---|---|---|---|---|---|---|
| 52 | Doc. 45 p. 11<br>03/11/2026<br>Leininger | Review and analysis of court's preliminary order on DOC's motion for sanctions due to fake citations and quotes in Appellant's Reply Brief. | 0.2 h<br>$150/h<br>$30.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | 0.0 h<br>$0.00 |
| 53 | Doc. 45 p. 11<br>04/14/2026<br>Laflamme | Begin in-depth review and analysis of lengthy response to Court's Order and Motion for supplemental brief filed by Appellant, to determine whether response is warranted. | 0.9 h<br>$150/h<br>$135.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | 0.0 h<br>$0.00 |
| 54 | Doc. 45 p. 11<br>04/14/2026<br>Leininger | Analysis of Appellant's Motion for leave to file revised brief and court's show cause order to outline appropriate response to same. | 1.5 h<br>$150/h<br>$225.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | 0.0 h<br>$0.00 |
| 55 | Doc. 45 p. 11<br>04/14/2026<br>Leininger | Continued review of Parnell's response to Eleventh Circuit's Order to show cause arises out of phantom citations in prep of proper response to same. | 0.3 h<br>$150/h<br>$45.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | 0.0 h<br>$0.00 |
| 56 | Doc. 45 p. 11<br>04/15/2026<br>Laflamme | Continued in-depth review and analysis of lengthy response to Court's Order and Motion for supplemental brief filed by Appellant, to determine whether response is warranted. | 0.3 h<br>$150/h<br>$45.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | 0.0 h<br>$0.00 |
| 57 | Doc. 45 p. 11<br>04/15/2026<br>Laflamme | Review of case law cited by Appellant in response to court's Order, to ensure accuracy of citations in light of nature of sanctions motion for inaccurate/AI citations, and in preparation of responding to same. | 0.6 h<br>$150/h<br>$90.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | 0.0 h<br>$0.00 |
| 58 | Doc. 45 p. 11<br>04/16/2026<br>Leininger | Receipt and review of Order accepting Motion for Leave to File Corrected Supplemental Response to Order Directing Additional Briefing. | 0.1 h<br>$150/h<br>$15.00 | No - after filing<br>No | Exclude as outside the award's stated scope. The entry concerns the Court's March 2026 order, Appellant's supplemental response, or later proceedings, not preparation of the original motion. | 0.0 h<br>$0.00 |

**TIMEKEEPER TOTALS**

| Timekeeper | Billed Hours | Billed Fees | Proposed Hours | Proposed Fees |
|---|---|---|---|---|
| Carri S. Leininger | 10.7 | $1,605.00 | 2.6 | $390.00 |
| Abigail Laflamme | 34.8 | $5,220.00 | 17.8 | $2,670.00 |
| Kara Ertle | 0.7 | $49.00 | 0.0 | $0.00 |
| **TOTAL** | **46.2** | **$6,874.00** | **20.4** | **$3,060.00** |

**Verification note:** The billed hours, rates, and amounts shown above reproduce Document 45, Exhibit 1, and independently recompute to 46.2 hours and $6,874.00. No missing source hours were estimated. Proposed hours and amounts are expressly identified as Appellant's entry-specific litigation position.